JUDICIAL PANEL ON MULTIDISTRICT LITIGATION -- RTC DOCKET LISTING                                                      August 14, 1995

RTC#   CAPTION                                                                                                              Page:    1

26   IN RE FEDERAL COMMUNICATIONS COMMISSION, RULES AND POLICIES REGARDING CALLING NUMBER IDENTIFICATION SERVICE -- CALLER ID, 60 FED. REG. 29489, PUBLISHED ON JUNE 5, 1995

| 06/20/95 | 06/20/95 | 06/29/95 |
|---|---|---|
| PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM THE FEDERAL COMMUNICATIONS COMMISSION -- 2 Petitions pending in 2 Circuits as follows: one in D.C. Circuit and one in 9th Circuit -- Matter of Rules and Policies Regarding Calling Number Identification Service -- Caller ID (CC Docket No. 91-281) (lg) | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD - Consolidating 2 appeals that were pending in 2 circuits - the Court of Appeals for the 9th Circuit was DESIGNATED. Random Selector, Regina N. Hale, Calendar Preparation Clerk and Witness, Laura Gorman, Work Leader Deputy Clerk (lg) | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED 6/29/95 -- Received from the Federal Communications Commission (lg) |

RELATED ACTIONS

    09-95-70470    California v. Federal Communications Commission
    DC-95-1311    AT&T v. Federal Communications Commission

Key: √ Signifies Proof Of Service Filed By Agency

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION -- RTC DOCKET LISTING                                          June 20, 1995

| RTC# | CAPTION | | Page: 1 |
|---|---|---|---|

26   IN RE FEDERAL COMMUNICATIONS COMMISSION, RULES AND POLICIES REGARDING CALLING NUMBER IDENTIFICATION SERVICE -- CALLER ID, 60 FED. REG. 29489, PUBLISHED ON JUNE 5, 1995

06/20/95
PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION
RECEIVED FROM THE FEDERAL COMMUNICATIONS COMMISSION --
2 Petitions pending in 2 Circuits as follows: one in
D.C. Circuit and one in 9th Circuit -- Matter of Rules
and Policies Regarding Calling Number Identification
Service -- Caller ID (CC Docket No. 91-281)  (lg)

06/20/95
CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD -
Consolidating 2 appeals that were pending in 2
circuits - the Court of Appeals for the 9th Circuit
was DESIGNATED. Random Selector, Regina N. Hale and
Witness, Laura Gorman, Work Leader Deputy Clerk  (lg)

RELATED ACTIONS

| | | |
|---|---|---|
| 09-95-70470 | California v. Federal Communications Commission | ) |
| DC-95-1311  | AT&T v. Federal Communications Commission | ) |

Key: √ Signifies Proof Of Service Filed By Agency